NO. 07-07-0207-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 30, 2008
_____

PEDRO MENDEZ, APPELLANT

V.

CITY OF AMARILLO, APPELLEE
_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 95089-D; HONORABLE KELLY G. MOORE, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**CONCURRING OPINION**

I join in the Court's judgment and in its opinion, with the exception of the Court's citation of section 311.034 of the Government Code. Tex. Gov't Code Ann. § 311.034 (Vernon Supp. 2007). I do not think section 311.034 has any application to this election contest. *See Igal v. Brightstar Information Technology Group, Inc.*, 250 S.W.3d 78, 84 n.6 (Tex. 2008).

James T. Campbell
Justice